No. 16,555.

## THE STATE v. BERCAW.

APPEAL.—*Questions Arising on Trial.*—*How Presented.*—Questions arising on the trial, and not on the pleadings, must, on appeal, be presented by a bill of exceptions.

BILL OF EXCEPTIONS.—*Stenographer's Report.*—*How Made a Part of the Record.*—When a stenographer's report is brought into the transcript by the clerk it is not a bill of exceptions. Such a report, to be a part of the record, must be properly embodied in a bill of exceptions.

From the Boone Circuit Court.

*H. P. New*, Prosecuting Attorney, *J. Claybaugh, C. S. Wesner* and *D. S. Holman*, for the State.

ELLIOTT, J.—The State seeks a decision of questions arising on the trial of the case in the court below, but there is no bill of exceptions in the record. It seems quite clear that where the questions arise on the trial and not upon the pleadings, there must be a bill of exceptions showing the rulings and the exceptions of the State. Elliott's App. Proc., sections 276, 280. The stenographer's report of the evidence brought into the transcript by the clerk is not a bill of exceptions. Such a report is not part of the record unless it is properly embodied in a bill of exceptions signed by the judge. See authorities cited in Elliott's App. Proc., sections 821, 822.

Judgment affirmed.

Filed Sept. 16, 1892.